**1**

**UNITED STATES ex rel. Edward SCHON-WALD, Relator Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent Appellee.**

Circuit Court of Appeals, Second Circuit.
June 10, 1927.

No. 383.

Appeal from the District Court of the United States for the Southern District of New York.

Buchler & Richman, of New York City (L. Richman, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (A. McK. Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Affirmed in open court.

**2**

**UNITED STATES ex rel. Wm. H. WOHL-STATTER, Next Friend of Jew Lee, Relator Appellant, v. Alfred W. BROUGH, Chinese Inspector in Charge at the Port of New York, Respondent Appellee.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 353.

Appeal from the District Court of the United States for the Southern District of New York.

James C. Thomas, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order (16 F.[2d] 492) affirmed.

**3**

**WALLACE & TIERNAN CO., Inc., Plaintiff Appellee, v. VILLAGE OF LE ROY, Defendant Appellant.**

Circuit Court of Appeals, Second Circuit.
July 5, 1927.

No. 388.

Appeal from the District Court of the United States for the Western District of New York.

Mayer, Warfield & Watson, of New York City (F. P. Warfield, Lawrence Bristol and C. A. L. Massie, all of New York City, of counsel), for appellant.

Cooper, Kerr & Dunham and Wood, Molloy & France, all of New York City (Loren N. Wood, of New York City, and J. Wm. Ellis, of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (17 F.[2d] 593) affirmed with costs.

**4**

**M. & J. Tracy, Inc., as Owner of the Barge CAPE WILSON, Libelant Appellee, v. Steam Tug WYOMISSING; Port Reading Railroad Company, Claimant Appellee, and Morris & Cumings Dredging Company, Respondent Appellant.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 290.

Appeal from the District Court of the United States for the Eastern District of New York.

James D. Carpenter, Jr., of Jersey City, N. J., for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for libelant appellee.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for other appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.